

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2023

No. 04-23-00008-CV

**IN RE**: **MARGARET M. MARQUART AND DAVID D. MARQUART TRUST**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 22-311
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On January 6, 2023, the trial court reporter Shirley Sueltenfuss filed a notification of late record, notifying this court that the reporter's record was not filed when it was originally due because appellants have not provided the reporter a designation of record and because appellants have failed to pay or make arrangements to pay the reporter's fee for preparing the record.

It is therefore **ORDERED** that appellants provide written proof to this court within ten (10) days of the date of this order that appellants have requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). It is further **ORDERED** that appellants provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee.

It is further **ORDERED** that the reporter's record must be filed no later than thirty (30) days after the date appellants' written proofs are filed with this court. If appellants fail to respond within the time provided, appellants' brief will be due within thirty (30) days from the date the clerk's record is filed, and the court will consider only those issues or points raised in appellants' brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2023.

MICHAEL A. CRUZ, Clerk of Court